UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KEITH SKINNER** | **CIVIL ACTION NO. 07-1096** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHERIFF RICHARD FEWELL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections and responses filed with this Court and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the Cross-motion for Summary Judgment [Doc. No. 35] filed by Plaintiff Keith Skinner is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 18] filed by Defendants Sheriff Richard L. Fewell, Jay Ellerman, Danny Acree, and Denvered Sams (incorrectly named in the complaint as "Denverd Sams") is **GRANTED** as to Plaintiff's federal claims, and that Plaintiff's claims arising under the laws and Constitution of the United States as asserted under 42 U.S.C. §§ 1983 & 1988 are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against John Doe are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 22nd day of July, 2009.

ROBERT G. JAMES, CHIEF JUDGE
WESTERN DISTRICT OF LOUISIANA